(v. 5/85) Search Warrant

# United States District Court

Southern **DISTRICT OF** California

07 DEC 14 PM 12:11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
Express Mail EB588355821US addressed to TAQUESA JACKSON, 46 Cubeta Rd, Middletown, CT 06457

**SEARCH WARRANT**

CASE NUMBER: **'07 MJ 2839**

TO: P. G. Garn, Postal Inspector                and any Authorized Officer of the United States

Affidavit(s) having been made before me by P. G. Garn, Affiant, who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
The above described Mail article, which is in the custody of the U.S. Postal Service

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)
   Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846 which is evidence and contraband.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  12/17/2007
                                                                                    Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   Ruben Brooks
                                                                                                                 U. S. Judge or Magistrate
as required by law.

12/7/2007 at 11:30 a.m.                           at       San Diego, Calif
Date and Time Issued                                       City and State
RUBEN B. BROOKS
U.S. MAGISTRATE JUDGE                                      /s/ Ruben Brooks
Name and Title of Judicial Officer                         Signature of Judicial Office

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12-7-07 | 12-13-07  9:00 am | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

US Postal Inspector A. Flores and S. Macklin

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express EB 588 355 821 US

Brown cardboard shipping box contained a large plastic container wrapped in layers of plastic wrap and brown tape; the container contained coffee grounds, paper towels, an empty camera box which contained a small marijuana bud; a clear plastic wrap box, an Olympus camera box which was empty; and 4 yellow pages phone books.

The marijuana found weighed approximately 8.6 grams once packaged inside a plastic bag.

AFlores 12/13/07

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Ana Flores

Subscribed, sworn to, and returned before me this date.

_____  12/14/2007
U.S. Judge or Magistrate                    Date